UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOE L. HOWARD, | ) |
| Movant, | ) |
| vs. | ) Case No. 4:06CV563 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion of Joe L. Howard to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability, as Howard has not made a substantial showing of the denial of a federal constitutional right.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2009.